## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VICTOR LOWELL FRYOU**                                        **PETITIONER**

**v.**                                        **CAUSE NO. 1:11CV244-LG-RHW**

**RON KING**                                        **RESPONDENT**

## JUDGMENT

_____This day this cause came on to be considered on Respondent's Motion to Dismiss [7], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's Motion to Dismiss [7] is **GRANTED**.  Petitioner's 28 U.S.C. § 2254 habeas corpus petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 24th day of January, 2012.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE